USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                       :
GORDON REES SCULLY MANSUKHANI LLP
                                                       :
                              Plaintiff,               :           14cv5252
               -against-                               :
                                                                   SCHEDULING ORDER
ALEXANDER RODRIGUEZ.                                    :

                              Defendant.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

                Counsel for both parties having appeared for a conference on October 8, 2014, the

Court adopts the following schedule on consent:

        1.  Plaintiff shall file its amended complaint by October 9, 2014;

        2.  Defendant shall file his motion to dismiss on October 23, 2014;

        3.  Plaintiff shall file its opposition on October 30, 2014;

        4.  Defendant shall file its reply on November 6, 2014; and

        5.  The parties shall appear for oral argument on November 14, 2014 at 3:30 p.m.

                In addition, this Court directs the parties to confer regarding whether a stipulation

can be reached to proceed in New York State Supreme Court in lieu of filing the motion. See

Bowen v. Massachusetts, 487 U.S 879, 930 (1988) (Scalia, J., dissenting) ("Nothing is more

wasteful than litigation about where to litigate.")

Dated: October 8, 2014
        New York, New York

                                                SO ORDERED:


                                                _____
                                                WILLIAM H. PAULEY III
                                                U.S.D.J.

*Counsel of Record*:

Peter George Siachos, Esq.
Gordon & Rees, LLP (NJ)
89 Headquarters Plaza North
12th Floor
Morristown, NJ 10004
*Counsel for Plaintiff*

James E Sharp, Esq.
Stephen W. Grafman, Esq.
Sharp & Associates, PLLC
1215 19th Street
Washington, DC 20036
*Counsel for Defendant*

2